■ ROBERT LYONS D'ANDREA, Appellant, v COLEMAN
HUTCHINS, C.S.W., Respondent, et al., Defendant. [892 NYS2d
761]—

Plaintiff offered no new evidence in support of the part of his motion that sought renewal (CPLR 2221 [e] [2]; *C.R. v Pleasantville Cottage School*, 302 AD2d 259 [2003]).

No appeal lies from the denial of a motion for reargument (*Parker v Marglin*, 56 AD3d 374, 374-375 [2008]).

Because he did not appeal from the order that granted defendant's motion for summary judgment dismissing the complaint, plaintiff's arguments addressed to that determination are not properly before us (*Matter of Gonzalez v New York City Clerk*, 25 AD3d 389 [2006]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Manzanet-Daniels and Román, JJ.